# EXHIBIT B

COPY

Maura Walsh Ochoa (SBN 193799)
Waylon J. Pickett (SBN 248865)
David J. Kestenbaum (SBN 253749)
**GROTEFELD HOFFMANN LLP**
700 Larkspur Landing Circle, Ste 280
Larkspur, CA 94939
Phone: (415) 344-9670
Fax: (415) 989-2802
mochoa@ghlaw-llp.com
wpickett@ghlaw-llp.com
dkestenbaum@ghlaw-llp.com

Attorneys for Plaintiffs, AIG Property Casualty Company, et al.

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

MAY 14 2021

Sherri R. Carter, Executive Officer/Clerk of Court

# SUPERIOR COURT OF THE STATE OF CALIFORNIA
## COUNTY OF LOS ANGELES, CENTRAL DIVISION

| | |
|---|---|
| AIG PROPERTY CASUALTY COMPANY; LEXINGTON INSURANCE COMPANY; AMERICAN HOME ASSURANCE COMPANY; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; BANKERS STANDARD INSURANCE COMPANY; ACE AMERICAN INSURANCE COMPANY; CHUBB NATIONAL INSURANCE COMPANY; FEDERAL INSURANCE COMPANY; THE CINCINNATI INSURANCE COMPANY; GREAT AMERICAN INSURANCE COMPANY OF NEW YORK; GREAT AMERICAN INSURANCE COMPANY; GREAT AMERICAN ASSURANCE COMPANY; MASSACHUSETTS BAY INSURANCE COMPANY; QBE INSURANCE CORPORATION; UNIGARD INSURANCE COMPANY; PRAETORIAN INSURANCE COMPANY; PROGRESSIVE CASUALTY INSURANCE COMPANY; PROGRESSIVE SELECT INSURANCE COMPANY; and UNITED FINANCIAL CASUALTY COMPANY,<br><br>Plaintiffs,<br><br>vs.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY; and Does 1 through 50, inclusive,<br><br>Defendants. | Case No. **21 STCV18374**<br><br>**COMPLAINT IN SUBROGATION FOR:**<br>1. INVERSE CONDEMNATION;<br>2. NEGLIGENCE |

1

COMPLAINT IN SUBROGATION

1    Plaintiffs AIG Property Casualty Company; Lexington Insurance Company; American
2    Home Assurance Company; National Union Fire Insurance Company of Pittsburgh, Pa; Bankers
3    Standard Insurance Company; ACE American Insurance Company; Chubb National Insurance
4    Company; Federal Insurance Company; The Cincinnati Insurance Company; Great American
5    Insurance Company of New York; Great American Insurance Company; Great American
6    Assurance Company; Massachusetts Bay Insurance Company; QBE Insurance Corporation;
7    Unigard Insurance Company; Praetorian Insurance Company; Progressive Casualty Insurance
8    Company; Progressive Select Insurance Company; and United Financial Casualty Company
9    (collectively "Plaintiffs"), by and through their attorneys, Grotefeld Hoffmann, LLP, and for
10   their Complaint against Defendants Southern California Edison Company ("SCE"), and Does 1
11   through 50 (collectively, "Defendants"), and each of them, hereby allege that at all pertinent
12   times herein upon information and belief as follows:

## THE PARTIES

1. Plaintiffs were and are insurance carriers licensed to conduct and transact business in the State of California as insurance companies.

2. At all relevant times, the claims listed on Exhibit 1 (collectively, the "Insureds") are individuals or businesses who either owned or rented real and personal property located at the addresses identified therein, and who were insured by Plaintiffs. Plaintiffs made payments to their Insureds for said damages, including but not limited to replacement of real and personal property, additional living expenses, loss of use, business interruption, and automobile damage or loss.

3. The Insureds of Plaintiffs owned property that suffered damages by the Creek Fire. As a result of the Creek Fire, Plaintiffs have paid and/or will pay money to their respective Insureds under their policies of insurance for losses caused by the Creek Fire. Such payments include, but are not limited to, repair of real and personal property, replacement of real and personal property, additional living expenses, loss of use and business interruption. The money was paid to their Insureds pursuant to various homeowners, automobile, business/commercial and property insurance policies. This action seeks recovery of amounts paid, and to be paid, by

Plaintiffs to their Insureds. Plaintiffs who are obligated to make payment or have made payments to their Insureds are equitably subrogated to the rights of their Insureds, "stand in the shoes," and are entitled to bring this claim for payments made or to be made.

4. At all relevant times, SCE was and is a corporation authorized to, and doing business in the State of California, as an electrical utility company.

5. At all times mentioned herein, SCE was the supplier of electricity to members of the public in Los Angeles County, and elsewhere in Southern California. As part of supplying electricity to members of the public, SCE installed, constructed, built, maintained, and operated overhead power lines, together with supporting utility poles and transformers, for the purpose of conducting electricity for delivery to members of the general public. Furthermore, on information and belief, SCE is responsible for maintaining vegetation near, around, and in proximity to their electrical equipment in compliance with State and Federal regulations, specifically including, but not limited to Public Resource Code §4292, CPUC General Order 95, and CPUC General Order 165.

6. Defendants Does 1 through 50, inclusive, are unknown to Plaintiffs, who therefore sue said Defendants by such fictitious names. Plaintiffs are informed and believe and thereon allege that each of the Defendants designated herein as Doe is legally responsible in some manner for the events and happenings referred to herein. Plaintiffs will seek leave to amend this Complaint when the true names and capacities of defendants sued as Does 1 through 50 are ascertained.

7. Plaintiffs are informed and believe and thereon allege that at all pertinent times, Defendants were the agents or employees of their co-Defendants and in doing the things alleged in this complaint were acting within the course and scope of that agency and employment.

**GENERAL ALLEGATIONS**

8. This lawsuit is a subrogation action seeking redress for property damage, loss of use and other related losses resulting from the Creek Fire ("Creek Fire" or the "Fire") of December 5, 2017.

/ / /

9.  Plaintiffs and Defendant Southern California Edison Company executed a tolling agreement allowing Plaintiffs to file a Complaint against Southern California Edison Company during the tolled period up to and including May 16, 2021.

10. On December 5, 2017, and including the days immediately prior and following, most of Southern California was under red flag warnings due to powerful Santa Ana winds and low humidity levels signifying a high risk of wildfires. Electrical utilities such as SCE should have been under a heightened sense of alert and should have exercised due care to avoid causing a wildfire.

11. Plaintiffs are informed and believe, that in the late afternoon of December 5, 2017, in the Angeles National Forest, an electrical fault occurred at a powerline and/or attachments thereto owned, operated, maintained and controlled by SCE and Does 1 through 50, and each of them.

12. The electrical distribution line, known as SCE's Lopez 16kv Line ("Lopez Line"), carried electricity in the area of the Creek Fire from SCE's San Fernando substation and was installed, monitored, and maintained by SCE and its employees.

13. On the date of the Creek Fire, an electrical event occurred on the Lopez Line at or about the time of the start of the Creek Fire.

14. In the general area of origin for the Creek Wildfire, the Lopez Line was improperly constructed, maintained and/or installed, resulting in an arcing event that started the Creek Fire.

15. Based on current information and belief, on or around 3:23 a.m. on the date of the Fire, SCE's SCADA data reported an electrical fault on its distribution lines, including the Lopez Line.

16. Upon information and belief, the initial fault at 3:23 a.m. caused the Lopez Line to arc providing an ignition source to ignite nearby trees, brush, and vegetation giving rise to the Creek Fire.

17. As a result of the Creek Fire, residents, including the Plaintiffs' Insureds, were forced to evacuate their homes.

18.     The Creek Fire ultimately destroyed more than 125 structures and damaged more than 80 structures, in Los Angeles County, causing damages to Plaintiffs' Insureds' properties and to Plaintiffs in an amount in excess of the minimum jurisdiction of this court.

19.     At all relevant times, the Lopez distribution line, as well as all related hardware, fixtures, devices, structures, components, property, easements, and rights of way were part of an electrical distribution system ("EDS") owned, designed, constructed, installed, inspected, maintained and/or controlled by Defendants.

20.     At all relevant times, the EDS was owned, designed, constructed, installed, inspected, maintained and/or controlled for the purpose of distributing electricity to the public at large and to the customers of SCE and Does 1 through 50.

21.     At all relevant times, the EDS (including but not limited to the Lopez distribution line and its component parts), was in a dangerous condition, posing a significant risk of electrical failure, fire and property damage to surrounding property and communities.

22.     At all relevant times, Defendants were aware, or should have been aware, that the EDS (including but not limited to the Lopez distribution line and its component parts) was in a dangerous condition and posed a risk of failure, fire and property damage.

23.     Plaintiffs paid their Insureds, under the terms of their respective policies of insurance, for damages caused by the Creek Fire. As such, Plaintiffs have become equitably and legally subrogated to the claims, rights, and demands of each of their Insureds against all Defendants herein to the extent of the payments made, and to be made.

**FIRST CAUSE OF ACTION**

**(Inverse Condemnation Against Defendants SCE**

**and Does 1 through 50, Inclusive)**

24.     Plaintiffs incorporate and re-allege each of the paragraphs set forth above as though fully set forth herein.

25.     Article 1, §19 of the California Constitution states:

> Private property may be taken or damaged for public use only when just compensation, ascertained by a jury unless waived, has first been paid to, or into court for, the owner. The Legislature

1  may provide for possession by the condemnor following commencement of eminent domain proceedings upon deposit in court and prompt release to the owner of money determined by the court to be the probable amount of just compensation.

26. At all relevant times, Defendants, and each of them, were and are public utilities supplying electricity for public use in the State of California, including the area of Los Angeles County, California.

27. At all relevant times, Defendants owned, controlled, maintained, operated, inspected, repaired and were responsible for the EDS.

28. At all relevant times, the EDS was a public improvement designed, constructed and maintained for the purpose of transmitting electric power to the public.

29. The EDS, as deliberately designed, constructed and maintained by Defendants caused and/or permitted the occurrence of an electrical failure that ignited the Creek Fire.

30. The foregoing occurrence directly and legally resulted in a "taking" of property in accordance with Plaintiffs' damages as alleged herein.

31. The "taking" of property as alleged herein, permanently deprived Plaintiffs' Insureds of the use and enjoyment of their property and other damages. As a direct result of the "taking" of the property, Plaintiffs paid their Insureds and have not received just compensation.

## SECOND CAUSE OF ACTION

**(Negligence Against Defendants SCE and Does 1 through 50, Inclusive)**

32. Plaintiffs incorporate and re-allege each of the paragraphs set forth above as though fully set forth herein.

33. Defendants, and each of them, have a non-delegable, non-transferable duty to apply a level of care commensurate with and proportionate to the danger of designing, constructing, operating and maintaining EDS, in addition to performing vegetation clearance around such facilities and to remediate overloaded utility poles.

34. Defendants have a non-transferable, non-delegable duty of vigilant oversight in the construction, maintenance, use, operation, repair and inspection of their EDS that are appropriate to the geographical and weather conditions affecting such EDS.

35. Defendants have special knowledge and expertise far above that of a layperson regarding their requirements to design, engineer, construct, use, operate, maintain and inspect its EDS, including removal of vegetation and remediating overloaded utility poles such that their electrical equipment will not cause wildfires like the Creek Fire.

36. Defendants, have negligently breached those duties by, among other things:

(a) Failing to conduct reasonably prompt, proper and frequent inspections of their EDS;

(b) Failing to design, construct, monitor, operate and maintain their EDS to withstand foreseeable Santa Ana wind events and avoid igniting and/or spreading wildfires;

(c) Failing to clear vegetation within a 10-foot radius around the perimeter of all utility poles and towers which supports a switch, fuse, transformer, lighting arrester, line junction, or dead end or comer pole as required by Public Resource Code §4292;

(d) Failure to perform inspections of all EDS as required by PUC General Order 165;

(e) Failing to de-energize its EDS during foreseeable and expected Red Flag Warnings in fire-prone areas;

(f) Failing to properly investigate, screen, train and supervise employees and agents responsible for maintenance and inspection of the overhead electric and communications facilities and vegetation removal around such facilities; and/or;

(g) Allowing fire to ignite or spread to the property of another in violation of California Health & Safety Code §13007.

37. The Creek Fire was the direct, legal and proximate result of Defendants' negligence.

38. As a direct, proximate, and legal result of said negligence, Plaintiffs' Insureds suffered damages as alleged herein.

39. At all times mentioned herein, Defendants failed to properly inspect and maintain its EDS which they knew, given the then existing Santa Ana wind and Red Flag Warning

conditions, posed a risk of harm to the Plaintiffs, and to their real and personal property. Defendants were aware of the risk of its EDS igniting ground vegetation near and around its utility poles and towers and that a fire would likely result and spread rapidly. Defendants also knew that, given the then existing weather conditions, said fire was likely to pose a risk of catastrophic property damage, economic loss, personal injury, and/or death to the general public, including Plaintiffs' Insureds.

40. The property damage and economic losses caused by the Creek Fire is the result of the ongoing custom and practice by SCE of consciously disregarding the safety of the public and not following statutes, regulations, standards, and rules regarding the safe operation, use and maintenance of their EDS.

41. On information and belief, these Defendants, and each of them, failed to properly inspect and maintain their EDS in order to cut costs, with the full knowledge that any incident was likely to result in a wildfire that would burn and destroy real and personal property, displace homeowners from their homes and disrupt businesses in the Creek Fire area.

42. The actions of Defendants did in fact result in damages to the Plaintiffs. Defendants failed to maintain their Lopez Line in a safe manner, and/or failed to properly remove vegetation around their EDS as required by statute.

43. The negligence of Defendants was a substantial factor in causing the Plaintiffs' damages.

44. Defendants' failure to comply with their duties of care proximately caused damage to Plaintiffs.

45. As a further direct and proximate result of Defendants' negligence, Plaintiffs' Insureds suffered damages including, but not limited to real property damage, loss of personal property, economic loss, loss of quiet use and enjoyment of their property, and costs to evacuate and relocate.

46. Defendants were and are in a special relationship to Plaintiffs' Insureds. As a supplier of electrical power to the Plaintiffs' Insureds, SCE's operation of its electrical equipment was intended to and did directly affect the Plaintiffs' Insureds. SCE is the sole

electric public utility which provides electric power to the Plaintiffs' Insureds in Los Angeles. As a result, it was foreseeable that a massive wildfire would destroy personal and real property, force residents in the fire area to evacuate, and prevent customers of businesses located within the fire area from patronizing those businesses.

47. The Plaintiffs' Insureds suffered damages which were clearly and certainly caused by the Creek Fire, resulting in evacuations and relocations, and the cost to repair and replace their damaged and/or destroyed real and personal property.

48. Public policy supports finding a duty of care in this circumstance due to Defendants' violation of California Civil Code §§3479, 34890; Public Utilities Code §2106; and Health & Safety Code §13007.

WHEREFORE, Plaintiffs pray for judgment against Defendants Southern California Edison Company and Does 1 through 50, and each of them, as set forth below:

1. Monetary damages in an amount to be proven at trial, and not less than $28,297,529.60;
2. Prejudgment interest in accordance with California Civil Code §3287 and the California Constitution;
3. Attorneys' fees and cost of suit; and
4. Such other relief as the Court deems just and proper.

Dated:  May 14, 2021                                GROTEFELD HOFFMANN LLP

                                                    Maura Walsh Ochoa
                                                    Waylon J. Pickett
                                                    David J. Kestenbaum
                                                    Of Attorneys for Plaintiffs

AIG PROPERTY CASUALTY CO., et al. v. SOUTHERN CALIFORNIA EDISON
EXHIBIT 1 TO COMPLAINT

| Plaintiff / Issuing Insurance Co. | Claim No. | Insured | Address | City | State | Zip | Reserves | Indemnity Paid |
|---|---|---|---|---|---|---|---|---|
| ACE American Insurance Co. | X254P380940X | Wholesale Drp Claim | 11643 Fenton Ave | Sylmar | CA | 91342 | $ - | $ 1,167.75 |
| AIG Property Casualty Company | 576928 | Marc and Aileen Zemel | 1244 Moraga Dr | Los Angeles | CA | 90049 | $ - | $ 261,972.31 |
| AIG Property Casualty Company | 576929 | Boxer, Richard | 1143 Linda Flora Dr | Los Angeles | CA | 90049 | $ - | $ 1,596,505.10 |
| AIG Property Casualty Company | 576942 | Bachrach, Sheldon | 15524 Collina Strada Dr. | Los Angeles | CA | 90077 | $ - | $ 3,516.23 |
| AIG Property Casualty Company | 576949 | Nassif, Paul | 1035 Stradella Rd | Los Angeles | CA | 90077 | $ - | $ 13,123.87 |
| AIG Property Casualty Company | 576951 | Lesser, Charles | 911 Linda Flora | Los Angeles | CA | 90049 | $ - | $ 12,089.77 |
| AIG Property Casualty Company | 576952 | Ghandour, Ziad | 650 Firth Ave | Los Angeles | CA | 90049 | $ - | $ 3,000.91 |
| AIG Property Casualty Company | 576957 | Lear, Norman | 1911 Westridge Rd | Los Angeles | CA | 90049 | $ - | $ 13,059.23 |
| AIG Property Casualty Company | 576963 | Borinstein, Joan | 11667 Moraga Lane | Los Angeles | CA | 90049 | $ - | $ 628,929.10 |
| AIG Property Casualty Company | 576976 | Silverbach, Alan & Meredith | 11435 Bellagio Rd | Los Angeles | CA | 90049 | $ - | $ 3,132.62 |
| AIG Property Casualty Company | 576978 | Abrams, Judd | 1239 Linda Flora Dr | Los Angeles | CA | 90049 | $ - | $ 212,826.24 |
| AIG Property Casualty Company | 576990 | Rawjee, Adnan | 1494 Moraga Dr | Los Angeles | CA | 90049 | $ 1,112,799.00 | $ 2,081,670.58 |
| AIG Property Casualty Company | 576995 | Yari, Steven F | 1315 Vista Moraga | Los Angeles | CA | 90049 | $ - | $ 215,448.64 |
| AIG Property Casualty Company | 577001 | Talla, David M | 1396 Vista Moraga | Los Angeles | CA | 90077 | $ - | $ 285,931.63 |
| AIG Property Casualty Company | 577002 | Weston, James & Beth | 11820 Gwynne Ln | Los Angeles | CA | 90077 | $ - | $ 1,249.20 |
| AIG Property Casualty Company | 577004 | Shirizi, Ramin | 15585 Aqua Verde Dr | Los Angeles | CA | 90077 | $ - | $ 6,924,051.81 |
| AIG Property Casualty Company | 577017 | Galper, Sol | 1119 Moraga Dr | Los Angeles | CA | 90049 | $ - | $ 598,955.92 |
| AIG Property Casualty Company | 577048 | Shipp, Robert | 11681 Moraga Ln | Los Angeles | CA | 90049 | $ - | $ 441,616.91 |
| AIG Property Casualty Company | 577061 | Corden, James | 300 North Cliffwood Ave | Los Angeles | CA | 90049 | $ - | $ 41,095.03 |
| AIG Property Casualty Company | 577068 | Tamara Fritz, Natalie | 12251 Richwood Dr | Los Angeles | CA | 90049 | $ - | $ 1,075.89 |
| AIG Property Casualty Company | 577074 | Zorik, Gordon | 2381 Stratford Cir | Los Angeles | CA | 90077 | $ - | $ 5,733.43 |
| AIG Property Casualty Company | 579485 | Packer, Erica | 11004 Bellagio Place | Los Angeles | CA | 90077 | $ - | $ 26,147.16 |
| AIG Property Casualty Company | 610696 | Borinstein, Joan | 11667 Moraga Lane | Los Angeles | CA | 90049 | $ - | $ 131,567.63 |
| AIG Property Casualty Company | 610763 | Dudley Investment Holdings | 280 North Carolwood Dr | Los Angeles | CA | 90077 | $ - | $ 1,434.00 |
| AIG Property Casualty Company | 610904 | Rosenstein, Brian | 12651 N. Ltl. Tujunga Canyon Rd | Sylmar | CA | 91342 | $ - | $ 6,000.00 |
| AIG Property Casualty Company | 80100597 | Abdulaziz Al Saud | 11459 Bellagio Rd | Los Angeles | CA | 90049 | $ - | $ 21,690.70 |
| AIG Property Casualty Company | 80100598 | Kou, Shu Chin | 1399 Vista Voraga | Los Angeles | CA | 90049 | $ - | $ 121,967.03 |
| AIG Property Casualty Company | 80100613 | Lagnese, Bruce Trustee | 901 Airole Way | Los Angeles | CA | 90077 | $ - | $ 19,922.33 |
| AIG Property Casualty Company | 80100620 | Rhys, Marsh | 10980 Verano Rd | Los Angeles | CA | 90077 | $ - | $ 51,073.22 |
| AIG Property Casualty Company | 80100640 | Straus, Jeffrey | 2004 Stradella Rd | Los Angeles | CA | 90049 | $ - | $ 2,038.38 |
| AIG Property Casualty Company | 80100667 | Makram, Nicolas | 1842 Roscomare Rd. | Los Angeles | CA | 90077 | $ - | $ 1,534.41 |
| AIG Property Casualty Company | 80100782 | Gordon, Saree Ann | 11700 Ltl. Tujunga Canyon Rd | Sylmar | CA | 91342 | $ - | $ 14,609.24 |
| AIG Property Casualty Company | 80100785 | Landsberger, John & Debra | 10970 Bellagio Rd | Los Angeles | CA | 90077 | $ - | $ 2,767.14 |
| AIG Property Casualty Company | 80100851 | Mankoff, Douglas & Marcia | 201 Ashdale Pl | Los Angeles | CA | 90049 | $ - | $ 1,239.02 |
| Bankers Standard Ins. Co. | 77161104 | Bruckheimer, Jerry | 12822 Highwood St | Los Angeles | CA | 90001 | $ - | $ 5,000.00 |
| Chubb National Ins. Co. | 40517076995 | Land The Trick, LLC | 10250 Constellation Blvd | Los Angeles | CA | 90067 | $ - | $ 64,045.58 |
| Chubb National Ins. Co. | 47517051250 | Malkas, Robert & Linda | 11901 Ltl. Tujunga Canyon Road | Lake View Terrace | CA | 91342 | $ - | $ 177,037.67 |
| Federal Insurance Company | 77160989 | Cohen, Brent | 11701 Wetherby Ln | Los Angeles | CA | 90077 | $ - | $ 1,065.45 |
| Federal Insurance Company | 77162244 | Ma Cristina V Vita | 15232 Foothill Blvd | Sylmar | CA | 91342 | $ - | $ 716.96 |
| Federal Insurance Company | 77169291 | Brandwynne, Jacqueline | 649 Stone Canyon Rd | Los Angeles | CA | 90077 | $ - | $ 766,534.25 |
| Federal Insurance Company | 40517077746 | Misher, Kevin & Rosenfeld | 1780 Old Ranch Road | Los Angeles | CA | 90049 | $ - | $ 937.43 |
| Federal Insurance Company | 40517077898 | Bernstein, William & Evelyn | 282 Bentley Circle | Los Angeles | CA | 90049 | $ - | $ 2,495.05 |
| Federal Insurance Company | 40517078272 | North Hills Recycling | 13356 Ltl. Tajunga Canyon Rd | Sylmar | CA | 91342 | $ - | $ 254,014.00 |
| Federal Insurance Company | 40518038252 | Fisher, Matther | 333 South Windsor Blvd. | Los Angeles | CA | 90020 | $ - | $ 1,260.00 |

AIG PROPERTY CASUALTY CO., et al. v. SOUTHERN CALIFORNIA EDISON
EXHIBIT 1 TO COMPLAINT

| Plaintiff / Issuing Insurance Co. | Claim No. | Insured | Address | City | State | Zip | Reserves | Indemnity Paid |
|---|---|---|---|---|---|---|---|---|
| Federal Insurance Company | 40518051499 | Morlot, Ludovic & Ghizlane | 13730 Bayliss Ave | Los Angeles | CA | 90049 | $ - | $ 593.90 |
| Federal Insurance Company | 47517051539 | George, Carlos & Mercedes | 10003 Wornom Avenue | Sunland | CA | 91040 | $ - | $ 252,139.65 |
| Federal Insurance Company | 47517052021 | Doumani, Michael | 659 Siena Way | Los Angeles | CA | 90077 | $ - | $ 58,529.11 |
| Federal Insurance Company | 47517052254 | Applegate, Gary & Kimi | 3040 Roscomare Rd | Los Angeles | CA | 90077 | $ - | $ 2,795.13 |
| Federal Insurance Company | 47518001176 | Rothman, Jay & Sherry | 19734 Wells Drive | Woodland Hills | CA | 91364 | $ - | $ 81,467.17 |
| Federal Insurance Company | 76917047617 | Nalbandyan, Aram & Cynthia | 26140 Ravenhill Road | Santa Clarita | CA | 91387 | $ - | $ 126,296.38 |
| Federal Insurance Company | 76917048003 | Jackson, Steven | 1476 Moraga Dr | Los Angeles | CA | 90049 | $ - | $ 584,314.49 |
| Federal Insurance Company | 76918004097 | Pittman, Renvy Graves | 364 St. Cloud Road | Los Angeles | CA | 90077 | $ - | $ 2,341.00 |
| Federal Insurance Company | 92018000650 | Holliday Tom & Marci | 2650 Claray Drive | Los Angeles | CA | 90077 | $ - | $ 4,263.74 |
| Federal Insurance Company | X8DGP001924 | Evolve Growth Initiative | 820 Moraga Drive | Los Angeles | CA | 90049 | $ - | $ 139,465.20 |
| Great American Assurance Company | 836628882 | Carrington Mortgage Services | 14145 Janna Way | Sylmar | CA | 91342 | $ - | $ 11,195.48 |
| Great American Assurance Company | 836673434 | Champion Mortgage | 13706 Kagel Canyon Rd | Sylmar | CA | 91342 | $ - | $ 27,127.18 |
| Great American Ins. Co. of New York | A00134646 | Ornelas Wood Recovery | 13356 Little Tajunga Canyon Rd | Sylmar | CA | 91342 | $ - | $ 384,958.69 |
| Great American Insurance Company | A00134002 | Meadow Grove Farm | 11700 N Little Tujunga Canyon Rd | Lake View Terrace | CA | 91342 | $ - | $ 20,000.00 |
| Lexington Insurance Company | 501-528608 | MOC Products Company, Inc. | 12306 Montague St | Pacoima | CA | 91331 | $ - | $ 282,722.90 |
| Lexington Insurance Company | 501-539342 | Los Angeles Comm. College | 12890 Harding St. | Sylmar | CA | 91342 | $ - | $ 5,224,235.81 |
| Lexington Insurance Company | 683-657113 | Watson, Dennis | 13516 Via Santa Catalina | Sylmar | CA | 91342 | $ - | $ 1,646.59 |
| Lexington Insurance Company | 683-657136 | Verna, Steve & Nancy | 12101 Spring Trail | Sylmar | CA | 91342 | $ - | $ 9,508.20 |
| Lexington Insurance Company | 683-657168 | Ellin, Robert & Nancy | 1498 Moraga Dr | Los Angeles | CA | 90049 | $ - | $ 2,945,669.48 |
| Lexington Insurance Company | 683-657192 | Wood, Duane | 920 Linda Flora Dr | Los Angeles | CA | 90049 | $ - | $ 344.40 |
| Lexington Insurance Company | 683-657208 | Goldfarb, Barry & Dorina | 1460 Moraga Dr | Los Angeles | CA | 90049 | $ - | $ 1,627,889.47 |
| Lexington Insurance Company | 683-657290 | Adib, Bitar | 3615 Viewcrest Drive | Burbank | CA | 91504 | $ - | $ 15,913.10 |
| Lexington Insurance Company | 683-657310 | Lal, Alice | 10676 Lebeen Dr | Sylmar | CA | 91342 | $ - | $ 39,593.65 |
| Lexington Insurance Company | 683-657529 | Borao, Mark | 1300 Linda Flora Dr | Los Angeles | CA | 90049 | $ - | $ 165,661.53 |
| Lexington Insurance Company | 683-657731 | Perez, Richard & Jane | 1073 Arleta Ave | Mission Hills | CA | 91345 | $ - | $ 8,674.84 |
| Lexington Insurance Company | 683-659119 | Feitelberg, Zachary | 18260 Karen Dr | Tarzana | CA | 91356 | $ - | $ 23,582.50 |
| Lexington Insurance Company | 683-661465 | Fariborz, Nahamou | 15525 Adagio Ct | Los Angeles | CA | 90077 | $ - | $ 69,400.13 |
| Massachusetts Bay Insurance Co. | 19-00107476 | Rose Brand Wipers Inc | 11428-11440 Sheldon St | Sun Valley | CA | 91352 | $ - | $ 91,352.00 |
| Massachusetts Bay Insurance Co. | 19-00109516 | Nichelle Jade, Young Canyon Mkt | 7421 Hillrose St | Tujunga | CA | 91042 | $ - | $ 91,042.00 |
| Praetorian Insurance Company | 550449N | Montenegro, Christian | 14067 Astoria St | Sylmar | CA | 91342 | $ - | $ 100.00 |
| Praetorian Insurance Company | 552712N | McCarthy, Lynsey | 11700 Ltl. Tujunga Canyon Rd | Sylmar | CA | 91342 | $ - | $ 8,643.66 |
| Progressive Casualty Insurance Co. | 17-1368179 | Anderson, Sharon | 10505 Vail Dr | Sunland | CA | 91040 | $ - | $ 1,739.00 |
| Progressive Casualty Insurance Co. | 17-3066762 | Lagusker, Cory H. | 8828 Gold Creed Rd | Sylmar | CA | 91342 | $ - | $ 52,832.65 |
| Progressive Casualty Insurance Co. | 17-1866745 | Maldonado, Alma | 11409 Penrose St | Sun Valley | CA | 91352 | $ - | $ 31,706.27 |
| Progressive Casualty Insurance Co. | 17-2967120 | Speedy Heating & Air | 13924 Lexicon Ave | Sylmar | CA | 91342 | $ - | $ 24,140.25 |
| Progressive Select Insurance Co. | 17-5766606 | Beldikyan, Vasiluhi | Branford Street | Sun Valley | CA | 91352 | $ - | $ 12,717.89 |
| QBE Insurance Corporation | 524320N | Kiaman, George | 801 E Olive Ave | Burbank | CA | 91501 | $ - | $ 5,239.51 |
| QBE Insurance Corporation | 549931N | Ishkhanyan, Nvard | 6525 Greenbush Ave | Van Nuys | CA | 91401 | $ - | $ 11,319.73 |
| QBE Insurance Corporation | 550142N | Mouradian, Lousik | 6461 Babcock Ave | North Hollywood | CA | 91606 | $ - | $ 8,065.15 |
| QBE Insurance Corporation | 550227N | Sadecka, Paulina | 6664 Ensign Ave | North Hollywood | CA | 91606 | $ - | $ 1,546.38 |
| QBE Insurance Corporation | 550471N | Oganesyan, Simon | 14226 Hart St | Van Nuys | CA | 91405- | $ - | $ 9,226.28 |
| QBE Insurance Corporation | 550814N | Tenorio, Dale | 12101 Van Nuys Blvd | Sylmar | CA | 91342 | $ - | $ 6,338.09 |
| QBE Insurance Corporation | 550832N | Chochian, Shamire | 13300 Blyth St | North Hollywood | CA | 91605 | $ - | $ 9,833.78 |
| QBE Insurance Corporation | 550850N | Gui, Henry | 12101 Van Nuys Blvd | Sylmar | CA | 91342 | $ - | $ 14,538.50 |

AIG PROPERTY CASUALTY CO., et al. v. SOUTHERN CALIFORNIA EDISON
EXHIBIT 1 TO COMPLAINT

| Plaintiff / Issuing Insurance Co. | Claim No. | Insured | Address | City | State | Zip | Reserves | Indemnity Paid |
|---|---|---|---|---|---|---|---|---|
| QBE Insurance Corporation | 550915N | Sislyan, Gabriel | 7901 Mary Ellen Ave | North Hollywood | CA | 91605 | $ - | $ 11,888.12 |
| QBE Insurance Corporation | 551192N | Navarro, Joel | 12101 Van Nuys Blvd | Sylmar | CA | 91342 | $ - | $ 14,532.85 |
| QBE Insurance Corporation | 551333N | Khachoyan, Aram | 8012 Hazeltine Ave | Panorama City | CA | 91402 | $ - | $ 8,768.00 |
| QBE Insurance Corporation | 551334N | Robledo, Rafael | 15252 Golden Ct | Sylmar | CA | 91342 | $ - | $ 1,050.69 |
| QBE Insurance Corporation | 551371N | Tolentino, Jasmin | 12101 Van Nuys Blvd | Sylmar | CA | 91342 | $ - | $ 13,564.56 |
| QBE Insurance Corporation | 551373N | Broadous, Gregory | 12200 Via Santa Lucia | Sylmar | CA | 91342 | $ - | $ 11,868.99 |
| QBE Insurance Corporation | 551462N | Owens, Conesha | 11836 Apple Grove Ln | Sylmar | CA | 91342 | $ - | $ 13,543.65 |
| QBE Insurance Corporation | 551466N | Aprahamian, Mihran | 14945 Tupper St | North Hills | CA | 91343 | $ - | $ 11,172.83 |
| QBE Insurance Corporation | 551502N | Fregoso, Francisco | 12260 Pinney St | Sylmar | CA | 91342 | $ - | $ 6,443.51 |
| QBE Insurance Corporation | 551571N | Lua, Florita | 12101 Van Nuys Blvd | Sylmar | CA | 91342 | $ - | $ 7,979.92 |
| QBE Insurance Corporation | 551936N | Liza, Theo | 13000 Angeles Trail Way | Sylmar | CA | 91342 | $ - | $ 18,407.58 |
| QBE Insurance Corporation | 552035N | Tomasi, Slavica | 10500 Marklein Ave | Mission Hills | CA | 91345 | $ - | $ 4,471.77 |
| QBE Insurance Corporation | 552336N | Sanchez, Ruperto | 12607 Cometa Ave | San Fernando | CA | 91340 | $ - | $ 13,932.56 |
| QBE Insurance Corporation | 552360N | Maryanyan, Anahit | 14126 Pine Lane | Los Angeles | CA | 91405 | $ - | $ 7,000.00 |
| QBE Insurance Corporation | 552932N | Narag, Herminio | 15254 Carey Ranch Ln | Sylmar | CA | 91342 | $ - | $ 11,417.42 |
| QBE Insurance Corporation | 553089N | Benedicto, Esmael | 12771 Cameron Ave | Sylmar | CA | 91342 | $ - | $ 8,393.96 |
| QBE Insurance Corporation | 553192N | Rodas, Susan | 7800 Ranchito Ave | Panorama City | CA | 91402 | $ - | $ 9,379.04 |
| QBE Insurance Corporation | 553531N | Samish, Peter | 11349 Orcas Ave | Lake View Terrace | CA | 91342 | $ - | $ 8,517.74 |
| QBE Insurance Corporation | 553788N | Jaramillo, Rafael | 10811 Cantara St | Sun Valley | CA | 91352 | $ - | $ 8,185.01 |
| QBE Insurance Corporation | 555073N | Rembert, Charlene | 9003 Foothill Blvd | Sunland | CA | 91040 | $ - | $ 4,284.48 |
| QBE Insurance Corporation | 555905N | Sarkisian, Ana | 6500 Sunnyslope Ave | Van Nuys | CA | 91401 | $ - | $ 5,983.46 |
| QBE Insurance Corporation | 555960N | Lee, Jae | 13224 Shaw Lane | Sylmar | CA | 91342 | $ - | $ 11,005.74 |
| QBE Insurance Corporation | 556454N | Bucio, Sonia | 11747 Hunnewell Ave | Sylmar | CA | 91342 | $ - | $ 6,397.92 |
| QBE Insurance Corporation | 564137N | Navarrete, Alexandra | 13229 Fenton Ave | Sylmar | CA | 91342 | $ - | $ 4,698.51 |
| QBE Insurance Corporation | 570670N | Rosales, Borik | 13277 Sunburst St | Pacoima | CA | 91331 | $ - | $ 5,442.97 |
| QBE Insurance Corporation | 576631N | Gallo, Teresa | 11279 Dronfield Ave | Pacoima | CA | 91331 | $ - | $ 6,826.87 |
| QBE Insurance Corporation | 593382N | Rodriguez, Cynthia | 13273 Dyer St | Sylmar | CA | 91342 | $ - | $ 4,747.07 |
| The Cincinnati Insurance Company | 3029908 | Rappaport, Mark | 11625 Moraga Ln | Los Angeles | CA | 90049 | $ - | $ 513,044.51 |
| Unigard Insurance Company | 559037N | Gundlach, Matthias | 1254 Roberto Ln | Los Angeles | CA | 90077 | $ - | $ 757.10 |
| United Financial Casualty Company | 17-4767095 | Certified Home Health Care | 10276 Wentworth St | Sunland | CA | 91040 | $ - | $ 22,240.54 |
| United Financial Casualty Company | 17-2167397 | Kreider, Charmaine | 8309 Laurel Canyon | Sun Valley | CA | 91352 | $ - | $ 9,622.55 |
|  |  |  |  |  |  |  | $ 1,112,799.00 | $ 28,297,529.60 |

3